UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAAD BAHODA,

    Petitioner,                                     Case No. 17-cv-13505
                                                  Hon. Matthew F. Leitman

v.

SHERMAN CAMPBELL,

    Respondent.
_____/

## **JUDGMENT**

The above entitled came before the Court on a Petition for a Writ of Habeas Corpus. In accordance with the Opinion and Order entered on February 27, 2019:

(1) The Petition for a Writ of Habeas Corpus is DENIED WITH PREJUDICE.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is granted leave to appeal *In Forma Pauperis.*

Dated at Flint, Michigan, this 27th day of February, 2019.

                                                DAVID J. WEAVER
                                              CLERK OF COURT

                          By:    s/Holly A. Monda
                                 Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

1